### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 7465 |
| v. | ) ) ) | Judge Dow |
| MEDPLUS, INC., EMG3, LLC, QUEST DIAGNOSTICS, INC., and JOHN DOES 1-10, | ) ) ) ) | Magistrate Judge Gilbert |
| Defendants. | ) | |

## STIPULATION TO DISMISS EMG3, LLC

Plaintiff Bridgeport Pain Control Center, Ltd. and Defendant EMG3, LLC by and through their respective attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to the dismissal of Plaintiff Bridgeport Pain Control Center, Ltd.'s individual claims against Defendant EMG3, LLC without prejudice and without costs. Plaintiff Bridgeport Pain Control Center, Ltd.'s class claims against Defendant EMG3, LLC are dismissed without prejudice and without costs.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Kathleen L. Carlson (w/ permission) |
| Daniel A. Edelman | Mark B. Blocker |
| Heather Kolbus | Kathleen L. Carlson |
| EDELMAN, COMBS, LATTURNER | SIDLEY AUSTIN LLP |
|     &amp; GOODWIN, LLC | 1 S. Dearborn Street |
| 20 S. Clark Street, Suite 1500 | Chicago, IL 60603 |
| Chicago, IL 60603 | (312) 853-7000 |
| (312) 739-4200 | |
| (312) 419-0379 (FAX) | |

## **CERTIFICATE OF SERVICE**

       I, Heather Kolbus, certify that on December 1, 2014, I caused a true and accurate copy of the foregoing document to be filed via the Court's CM/ECF system, which will cause notice of such filing to be sent to the following:


    Mark B. Blocker (mblocker@sidley.com)
    Kathleen L. Carlson (kathleen.carlson@sidley.com)
    SIDLEY AUSTIN LLP
    1 S. Dearborn Street
    Chicago, IL 60603
    (312) 853-7000

                                              s/ Heather Kolbus
                                              Heather Kolbus


Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)