IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRIDGEPORT PAIN CONTROL CENTER, LTD., on behalf of plaintiff and the class members defined herein, | ) ) ) ) ) | |
| Plaintiff, | ) ) | 13 C 7465 |
| v. | ) ) ) | Judge Blakey |
| MEDPLUS, INC., QUEST DIAGNOSTICS INCORPORATED, and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION TO DISMISS**

Plaintiff Bridgeport Pain Control Center, Ltd. and Defendants MedPlus, Inc. and Quest Diagnostics Incorporated by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to dismissal of the above-captioned lawsuit. The Settlement Class Members' claims, except the claims of the persons who opted out of the Settlement (identified in the Court's final approval order, *Dkt. No. 105*), are dismissed with prejudice. Each party shall bear its owns costs, other than the costs payable from the Settlement Fund and as authorized by the Court as part of its final approval order.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Mark B. Blocker (w/ consent) |
| Daniel A. Edelman | Mark B. Blocker |
| Heather Kolbus | Kathleen L. Carlson |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | SIDLEY AUSTIN LLP One South Dearborn Street |
| 20 South Clark Street, Suite 1500 | Chicago, IL  60603 |
| Chicago, IL  60603 | (312) 853-7000 |
| (312) 739-4200 | *Counsel for Defendants MedPlus, Inc.* |
| *Counsel for Plaintiff and the Class* | *and Quest Diagnostics Incorporated* |

## CERTIFICATE OF SERVICE

      I, Heather Kolbus, certify that on July 11, 2016, I caused a true and accurate copy of the foregoing document to be filed with the Court's CM/ECF system, which will send notification of such filing to the following parties:

    Mark B. Blocker (mblocker@sidley.com)
    Kathleen L. Carlson (kathleen.carlson@sidley.com)
    Jaya C. Gupta (jaya.gupta@sidley.com)
    Sidley Austin LLP
    1 S. Dearborn Street
    Chicago, IL 60603

                                                    s/ Heather Kolbus
                                                  Heather Kolbus

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Heather Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)