**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Bridgeport Pain Control Center, Ltd.
                  Plaintiff,

v.                                               Case No.: 1:13−cv−07465
                                                 Honorable John Robert Blakey

MedPlus, Inc., et al.
                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 11, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Pursuant to the parties' stipulation [120], this case is hereby dismissed under Rule 41(a). The claims of the Settlement Class Members, except those who opted out of the Settlement (as identified in the Court's Final Approval Order [105]), are dismissed with prejudice. Civil case terminated. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.